UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    MICHAEL STEWART,
                              Plaintiff,

                                                      21 Civ. 716 (LGS)
    -against-

                                                        ORDER
    COMPLEX MEDIA, INC.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 2, 2021, Defendant filed a pre-motion letter in anticipation of a motion to dismiss the complaint.  Dkt. No. 9.

      WHEREAS, on March 3, 2021, the Court issued an Order directing Plaintiff to file a responsive letter by March 11, 2021, and stating that Defendant's anticipated motion to dismiss will be discussed during the initial pretrial conference scheduled for April 1, 2021.  Dkt. No. 11.

      WHEREAS, on March 8, 2021, Plaintiff filed an amended complaint.  Dkt. No. 13.  It is hereby

      **ORDERED** that, by **March 16, 2021**, Defendant shall file any pre-motion letter in anticipation of a motion to dismiss the amended complaint and, by **March 23, 2021**, Plaintiff shall file a responsive letter.

Dated: March 9, 2021
       New York, New York

                                                                         LORNA G. SCHOFIELD
                                                                      UNITED STATES DISTRICT JUDGE