UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    MICHAEL STEWART,
                              Plaintiff,

                                                                                                    21 Civ. 716 (LGS)
    -against-

                                                                                        ORDER
    COMPLEX MEDIA, INC.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial and pre-motion conference was held on April 1, 2021.  For the reasons stated during the conference, it is hereby

      **ORDERED** that, by **April 6, 2021**, the parties shall jointly file a letter apprising the court as to whether they intend to participate in mediation and if so, whether they would prefer a referral to the Court-annexed Mediation Program or to the Magistrate Judge assigned to this case.

Dated: April 1, 2021
       New York, New York

                                                                  LORNA G. SCHOFIELD
                                                                 **UNITED STATES DISTRICT JUDGE**