UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL STEWART, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| COMPLEX MEDIA, INC. | 1:21-cv-00716-LGS |
| Defendant. | |

ENTRY OF JUDGMENT

This matter is before the Court on Plaintiff Michael Stewart's Notice of Acceptance of Defendant's Offer of Judgment and Request for Entry of Judgment (ECF No. 30) under Federal Rule of Civil Procedure 60(b)(5). This case involves claims of copyright infringement under Title 17, United States Code, Section 101 et seq. and for removal and alteration of integrity of copyright management information violations under Title 17, United States Code, Section 1202. On May 26, 2021, Defendant COMPLEX MEDIA, INC. ("Complex") served an Offer of Judgment on Plaintiff MICHAEL STEWART ("Stewart"). On June 3, 2021, Stewart accepted Complex's Offer of Judgment (ECF No. 30).

For the above reason, Stewart's Request for Entry of Judgment in this matter is granted. The Clerk of Court is respectfully directed to enter judgment in the amount of $2,500.00, plus post-judgment interest to be calculated based on the statutory rate (*see* 28 U.S.C. § 1961), and to close the case.

Dated: June 4, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**